

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| TERRY LEE MORRIS, | § | No. 08-16-00153-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 396th District Court |
| THE STATE OF TEXAS, | | |
| Appellee. | § | of Tarrant County, Texas |
| | § | (TC#1382399D) |
| | § | |

# **O R D E R**

Appellant has filed three *pro se* requests for hybrid representation (representation by both counsel and himself). In accordance with well-established law, the Court has twice informed Appellant by letter that it will not allow hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex.Crim.App. 2001). The Court has determined it will not reconsider its decision refusing to permit hybrid representation in this case. Further, the Court will not respond to any further *pro se* letters or motions requesting hybrid representation.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.